```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                                  **CRIMINAL NO. 1:14CR91**
                                                  **(Judge Keeley)**

**JULIE ANNETTE BAILES,**

       **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

On January 22, 2015, defendant, Julie Annette Bailes ("Bailes"), appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to a one count Information. Bailes stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

At the outset of the hearing, the Court accepted Bailes' waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure. Since the offense charged in the Information naming Bailes is punishable by a term of imprisonment of greater

# ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

than one year, the Court questioned her to determine if her waiver of prosecution by indictment was being freely given in a sober and knowledgeable fashion.

The Court then advised Bailes of the nature of the charge made in the Information, and inquired whether she had read and reviewed it with counsel.

Next, the Court summarized Bailes' rights to proceed by a Grand Jury indictment and explained that she has a constitutional right to proceed by an indictment, and that the United States is able to charge her by Information only by waiving this right. The Court explained the Grand Jury process to Bailes, following which Bailes stated that she understood that she had a right to proceed by indictment by a Grand Jury, and that, by waiving this right, the United States could proceed to charge her with the Information just as though she had been indicted. Bailes then signed a Waiver of Indictment in open court, and the Court ordered that it be filed.

Based upon Bailes' statements during the plea hearing and the testimony of Special Agent Ken Grace, the magistrate judge found that Bailes was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware of the nature of the charge against her and the consequences of her plea, and that a

**USA v. JULIE ANNETTE BAILES**                                                1:14CR91

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

factual basis existed for the tendered plea. On January 22, 2015, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 16) finding a factual basis for the plea and recommended that this Court accept Bailes' plea of guilty to the one count Information.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Following this, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Bailes' guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in the one count Information.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

**USA v. JULIE ANNETTE BAILES**                                                                **1:14CR91**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

1. The Probation Officer undertake a presentence investigation of **JULIE ANNETTE BAILES,** and prepare a presentence report for the Court;

2. The Government and Bailes are to provide their versions of the offense to the probation officer by **February 23, 2015**;

3. The presentence report is to be disclosed to Bailes, defense counsel, and the United States on or before **March 27, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **April 8, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **April 20, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **April 28, 2015.**

The magistrate judge remanded Bailes to the custody of the State of West Virginia with the direction that, should she be released from State custody while further proceedings in this

4

**USA v. JULIE ANNETTE BAILES**                                1:14CR91

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

matter are pending, she then would be on bond pursuant to the Order Setting Conditions of Release (dkt. no. 15) entered on January 22, 2015.

The Court will conduct the sentencing hearing for the defendant on **Friday, May 1, 2015** at **9:00 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: February 9, 2015

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE